MARGUERITE L. STEPHANSEN and STEPHAN STEPHANSEN, JR., Respondents, v. THE COUNTY OF WESTCHESTER, a Municipal Corporation, WILLIAM SLOAT, EDWARD HALLEYBURTON and JOHN KOVALIK, Appellants.— In an action to recover damages for personal injuries and for loss of services, defendants appeal from an order denying their motion to dismiss the amended complaint on the

ground that it fails to state facts sufficient to constitute a cause of action. Appeal dismissed, without costs, and without prejudice to a review of the order in question on an appeal from whatever judgment may be entered on the termination of the trial. The order appealed from was made upon a ruling on the trial and, therefore, is not appealable. (*Brauer* v. *Oceanic Steam Navigation Co.*, 77 App. Div. 407; *Stevens* v. *Naumburg*, 214 id. 94; *Jackman* v. *Hasbrouck*, 168 id. 256; *Water Right & Electrical Co. Inc.*, v. *Rockland Light & Power Co.*, 245 id. 739.) Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.